# UNITED STATES DISTRICT COURT
For The Northern District of Florida
Gainsville Division

Oluwashina Kazeem Ahmed-Al-Khalifa

1-13-cv-49-SPM/GRJ

Plaintiff (Pro Se)

**Jury Demanded By Trial**

Vs.

-Barrack Hussein Obama
President of the United States of America

-Wen Jiabao
Premier of the People's Republic of China

-Choe Youg-rim
Premier Democratic People's Republic of North Korea

Defendants

## Complaints

**Article 3 of the Convention on the Rights of the Child** states: (Best interest of the child): The best interest of children must be the primary concern in making decisions that may affect. All adults should do what is best for children. When adults make decisions, they should think about how their decisions willl affect children. This particularly applies to budget, policy and law makers.

**Article 5 of the Universal Declaration of Human Rights** states : No one shall be subjected to torture or cruel, inhuman or degrading treatment or punishment.

**Article 9 of the International Covenant on Civil and Political Rights** states:
1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on such grounds and in accordance with such procedure as are established by law.

1

2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.

3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.

4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.

5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation.

**Rights to a Fair Trial. Article 8 of the American Convention on Human Rights "Pact of San Jose, Costa Rica** states :

1. Every person has the right to a hearing, with due guarantees and within a reasonable time, by a competent, independent, and impartial tribunal, previously established by law, in the substantiation of any accusation of a criminal nature made against him or for the determination of his rights and obligations of a civil, labor, fiscal, or any other nature.

2. Every person accused of a criminal offense has the right to be presumed innocent so long as his guilt has not been proven according to law......

# Issues

### The First Issue :

The unlawful detention of Shaker Aamer in Guantanamo Bay since 11years ago without the right to a fair trial by the United States of America government violates International Treaties and Fundamental Rights.

Treaties Being Violated
1. Convention and Protocol Relating To The Status of Refugees
2. Convention Relating to the Status of Stateless Persons
3. United Nation Convention Against Torture
4. Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity.
5. Convention on the Rights of the Child

Fundamental Rights Being Violated
1. Universal Declaration of Human Rights
2. International Covenant on Civil and Political Rights
3. International Covenant on Economic, Social and Cultural Rights
4. American Convention on Human Rights "Pact of San Jose ,Costa Rica"
5. The U.S. Constitution
6. Declaration on Race and Racial Prejudice.
7. Convention on the Elimination of All Forms of Discrimination Against Women.

The Following Treaties and Fundamental Rights are also Violated
1. Council Directives 2004/83/EC of 29 April 2009
2. Convention for the Protection of Human Rights and Fundamental Freedoms
3. Charter of Fundamental Rights of The European Union
4. Canadian Charter of Rights and Freedoms
5. African Charter on Human and Peoples' Rights
6. Human Rights Act 1998
7. 1689 Bill of Rights

# Jurisdiction

Jurisdiction is proper pursuant to The Alien Tort Statue (28 U.S.C sub section 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

The Torture Victim Protection Act (TVPA), passed and signed into law by President George H.W.Bush in 1992, gives similar rights to U.S. citizen and non-

citizen alike to bring claims for torture and extrajudicail killings committed in foreing countries.

Alien Tort Statue cases was vindicated by the U.S. Supreme Court. In its 2004 ruling in Sosa V. Alvarez-Machain, the Court held that the ATS grants federal courts jurisdiction over claims based on specifically defined, universally accepted and obligatory norms of international law. In establishing this standard, the Court effectively gave the green light to use the ATS as a means of redress for severe human rights abuse.

United States v. Libellants and Claimants of the Schooner Amistad, 40 U.S.518(1841).

Cabello v. Fernandes-Larios 402 F.3d 1148(11th Cir. 2005)

## Statement of the case

This case is brought to the Honorable Court according to a report send to me by "Amnesty International UK." ( See Attached Report). Shaker Aamer a fomer UK resident was arrested in Afghanistan in November 2001. He has never been charged, tried or convicted of any crime. The report stated that he was working for a Charity at the time of his arrest. ( See Article 3 & 4 of the Convention Against Torture and Article 9 of the Universal Declaration of Human Rights).

Victim Impact Statement
'I am dying here every day, mentally and physically..... We have been ignored, locked up in the middle of the ocean...'Shaker Aamer, November 2005.

## Violations.

1. Being held for 11 years on the other side of the world from your family, not knowing if or when you will be released or given a chance to argue your case in court is bad enough, but there's more.
2. Shaker alleges he has been tortured both in Guantanamo and before that at Bagram, Afganistan where during an interrogation he says his head was 'repeatedlly banged so hard against a wall it bounced'.

4

3. Much of his time at Guantanamo has been spent in solitary confinement. Punishment, his lawyers believe for protesting against camp conditions and speaking out on behalf of other inmates.
4. While Shaker remain defiant, his physical and mental health is failing. He suffers from multiple illnesses including diabetes and arthritis, which lawyer say have aggravated by inadequate medical care and alleged abuse.
5. Shaker Aamer has four children, and his wife and family lives in United Kingdom. ( Family separation).

**Promise by Barrack Hussein Obama.**

Fresh from re-election, President Obama has plenty of new promises to fulfil, but he must also remember the old ones. Such as the committment he made in January 2009 to resolve the cases of all Guatanamo inmates 'as promptly as possible' and close the detention center within a year.

## The Second Issue:

The persecution of Gao Zhisheng and his family by the Chinese government without the rights to a fair trail violates International Treaties and Fundamental Rights.

Treaties Being Violated
1. Convention and Protocol Relating To The Status of Refugees
2. Convention Relating to the Status of Stateless Persons.
3. United Nation Convention Against Torture
4. Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity.
5. Convention on the Rights of the Child

Fundamental Rights Being Violated
1. Universal Declaration of Human Rights
2. International Covenant on Civil and Political Rights
3. International Covenant on Economic, Social and Cultural Rights
4. American Convention on Human Rights "Pact of San Jose Costa Rica"
5. The U.S. Constitution
6. Declaration on Race and Racial Prejudice.

5

7. Convention on the Elimination of All Forms of Discrimination Against Women

The Following Treaties and Fundamental Rights are also Violated
1. Council Directives 2004/83/EC of 29 April 2009
2. Convention for the Protection of Human Rights and Fundamental Freedoms
3. Charter of Fundamental Rights of The European Union
4. Canadian Charter of Rights and Freedoms
5. African Charter on Human and Peoples' Rights
6. Human Rights Act 1998
7. 1689 Bill of Rights

## Jurisdiction.

Jurisdiction is proper pursuant to The Alien Tort Statue (28 U.S.C sub section 1350, ATS, also called the Alien Tort Claim Act(ACTA)) is a Section of the United States Code that reads. "The District Court shall have original jurisdiction in any civil action by an alien for a tort only, committed in violation of the Law of Nations or a treaty of the United States." This Statue is notable for allowing U.S. Courts to hear human-rights cases brought by foreign citizen for conducts committed outside the United States.

The Torture Victim Protection Act (TVPA), passed and signed into law by President George H.W.Bush in 1992, gives similar rights to U.S. citizen and non-citizen alike to bring claims for torture and extrajudicail killings committed in foreing countries.

Alien Tort Statue cases was vindicated by the U.S. Supreme Court. In its 2004 ruling in Sosa V. Alvarez-Machain, the Court held that the ATS grants federal courts jurisdiction over claims based on specifically defined, universally accepted and obligatory norms of international law. In establishing this standard, the Court effectively gave the green light to use the ATS as a means of redress for severe human rights abuse.

United States v. Libellants and Claimants of the Schooner Amistad, 40 U.S.518(1841).

Cabello v. Fernandes-Larios 402 F.3d 1148(11th Cir. 2005)

6

# Statement of the case

This case is brought before the Honorable Court following a report by "Amnesty International UK" ( see attached). About gross violation of human rights inflinkted on Gao Zhisheng and his family by the Chinese authorities, because he is a human right lawyer.

## Violations

1. First, they revoked his licence, then they close his law practice. He has been abducted three times and spent 36 months in detention.
2. The second time, "His guards beat him with electric batons, shone lamps in his eyes, chained him to an iron chair, and burn his dear face and body with cigarettes.
3. Furthermore, the authorities turned their attention to his wife and children. The cut off the water supply to their home and blocked them from leaving the house denying them food or water for 36 hours.

**Victim Impact Statement :**

"As a committed Human Rights Defender, my husband has never given up fighting for the rights and freedoms of others. In the same way, I will never give up on him. Neither will Amnesty International. And neither, I hope will you." Geng He, wife of human rights defender, Goa Zhisheng.

# The Third Issue :

The detention, torture and persecution of Shin Dong-Hyuk, and the execution of his mother and brother without due process of the law by the North Korea government violates Internationl Treaties and Fundamental Rights

Treaties Being Violated
1. Convention and Protocol Relating To The Status of Refugees.
2. Convention Relating to the Status of Stateless Persons.
3. United Nation Convention Against Torture
4. Convention on the Non-Applicability of Statutory Limitation to War Crimes and Crimes Against Humanity.
5. Convention on the Rights of the Child.

<u>Fundamental Rights Being Violated</u>
1. Universal Declaration of Human Rights
2. International Covenant on Civil and Political Rights
3. International Covenant on Economic, Social and Cultural Rights
4. American Convention on Human Rights "Pact of San Jose Costa Rica"
5. The U.S. Constitution
6. Declaration on Race and Racial Prejudice.
7. Convention on the Elimination of All Forms of Discrimination Against Women

<u>The Following Treaties and Fundamental Rights are also Violated</u>
1. Council Directives 2004/83/EC of 29 April 2009
2. Convention for the Protection of Human Rights and Fundamental Freedoms
3. Charter of Fundamental Rights of The European Union
4. Canadian Charter of Rights and Freedoms
5. African Charter on Human and Peoples' Rights
6. Human Rights Act 1998
7. 1689 Bill of Rights

## Statement of the case

This case is being presented to the Honorable Court following a report by send to me by "Amnesty International UK" ( See attached report). About serious Human Rights Abuses melted on Shin Dong-Hyuk and his family.

Background :

Shin Dong-Hyuk was born in North Korean prison camp : camp no 14. He grew up there in fear, hunger and forced labor-knowing nothing of the outside world.

That was how he expected to live the rest of his life, where he expected to die. Aged 13, his mother and her son tried to escape. Yet in 2005, aged 23, Shin Doug-Hyuk himself made an audacious escape attempt. He became the only person in a prison camp who is known to have escape.

Violations :

1. As punishment, Dong-Hyuk was repeatedly torture for seven months.

2. Towards the end of this ordeal he was forced to watch the execution of his mother and brother.
3. An estimated 200,000 women, men and children remain in the camps.

## Other Reports

1. The government of North Korea continues to deny the very existence of the camp. " But we have commissioned satellite images that not only prove that the camps exist, but that they are getting bigger.
2. Although North Korea remains a secret state that shows little heed to world opinion. Amnesty is one organization whose criticism they have responded to in the past.
3. In 1995 Amnesty International was invited to visit North Korea in response to reports it published highlighting serious human rights concerns including summary executions and the detention of political prisoners.
4. Then there was a subsequent rumours through its(Amnesty International) contacts in the region that the authorities were so concerned about the international attention generated by the Amnesty International's reports, they actually closed down one of the camps.
5. That breakthrough by the Amnesty International coincided with North Korea's last change of leadership.

## **Statutory Violations.**

It is my submission that the various unlawful acts perpetrated against Mr. Shaker Aamer, Mr. Gao Zhisheng and family, and Mr. Shin Dong-hyuk and family constitute acts of a War Crime under 18 U S C subsection 2441.The US War Crimes Act (1996) provides:

As defined, the term ''war crime'' means any conduct –

1) defined as a grave breach in any of the [1949 Geneva Conventions], or any protocol to such convention to which the United States is a party;

2) prohibited by Article 23, 25, 27, or 28 of the [1907 Hague Regulations];

9

3) which constitutes a violation of common Article 3 of the [1949 Geneva Conventions], or any protocol to such convention to which the United States is a party and which deals with non-international armed conflict; or

The US War Crimes Act (1996), as amended by the Military Commissions Act (2006), which was passed by Congress following the Supreme Court's decision in *Hamdan v. Rumsfeld* in 2006, changed the definition of "war crime" in relation to common Article 3 of the 1949 Geneva Conventions.

**Common Article 3 Violations is described as follows:—**

(1) **Prohibited conduct.—** In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) **Torture.—** The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) **Cruel or inhuman treatment.—** The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

Basis for the war crimes listed above

These are violations of customary international law, listed as war crimes in the Statute of the International Criminal Court.
Other serious violations of international humanitarian law committed during a non-international armed conflict are described as follows:

- **torture or inhuman treatment, including biological experiments;**
- willfully causing great suffering or serious injury to body or health;
- extensive destruction or appropriation of property, not justified by military necessity and carried out unlawfully and wantonly;

- willfully depriving a prisoner of war or other protected person of the rights of a fair and regular trial;
- **unlawful deportation or transfer;**
- **unlawful confinement;**
- slavery and deportation to slave labor;
- collective punishments;
- the practice of apartheid or other inhuman or degrading practices involving outrages on personal dignity based on racial discrimination;
- violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;
- committing outrages upon personal dignity, in particular humiliating and degrading treatment;
- seizing property of the adverse party not required by military necessity;
- making civilian objects the object of attack;

Similarly, **Article 147 of the Fourth Geneva Convention** which defines war crimes as: *"Willful killing, torture or inhuman treatment, including...willfully causing great suffering or serious injury to body or health, **unlawful deportation** or transfer or unlawful confinement of a protected person, compelling a protected person to serve in the forces of a hostile power, or **willfully depriving a protected person of the rights of fair and regular trial**,...taking of hostages and extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly."*

At the same time, the violations committed against Mr. Shaker Aamer, Mr. Gao Zhisheng and family, and Mr. Shin Dong-hyuk and family constitute an act of Crime of Aggression. :

Definition of the crime of aggression:

Article 8 *bis* adopted in Kampala defines the individual crime of aggression as the planning, preparation, initiation or execution by a person in a leadership position of an act of aggression. Importantly, it contains the threshold requirement that the act of aggression must constitute a manifest violation of the Charter of the United Nations.

Futhermore , the act against Mr. Shaker Aamer, Mr. Gao Zhisheng and family, and Mr. Shin Dong-hyuk and family constitute act of Crime Against Humanity.

11

Crimes Against Humanity Definition:

An international criminal justice offence; the perpetration of acts of war upon a civilian, non-soldier population.

A term used by, within and as so defined by the International Criminal Court treaty and including any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

- Murder;
- Extermination;
- Enslavement;
- Deportation or forcible transfer of population;
- Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;
- Torture;
- Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;
- Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender, (...) or other grounds that are universally recognized as impermissible under international law (...)
- Enforced disappearance of persons;
- The crime of apartheid;
- Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

However, The Canadian *Crimes against Humanity and War Crimes Act* defines:

"Crimes Against Humanity" as:

"... murder, extermination, enslavement, deportation, imprisonment, torture, sexual violence, persecution or any other inhumane act or omission that is committed against any civilian population or any identifiable group and that, at the time and in the place of its commission, constitutes a crime against humanity according to customary international law or conventional international law or by virtue of its being criminal according to the general principles of law recognized by the

12

community of nations, whether or not it constitutes a contravention of the law in force at the time and in the place of its commission."

# Case Laws

In Ahmed & Anor V. R [2011] EWCA CRIM 184 (25 February 2011), the judgement reads: "Torture is wrong". The court of appeal made this simple and it would be hoped obvious statement in the appeal of two men convicted of terrorism and being active members of Al-Qaeda. But, it turns out, the position on torture is not as clear as those three simple words.

## Customary International laws

The former Secretary of States, a reknown elderly Statesman of Jewish descent, vast in the Knowledge of what Torture is contrary to what Torture is as defined by the Convention Against Torture and what the Service has asserted it, is his address to the General Assembly of the United Nation, unequivocally defined Torture as follows:

Torture, "a practice which all nations of the world should abhor. TORTURE, it is an absolute debasement of the function of government when it overwhelming power is used not for people's welfare but as an instrument of their suffering".Dr. Henry Kessinnger.

Jefferson's immortal words will remain, and they will be preserved in human hearts even if this original parchment should fall victim to time and fate.

"We hold these truths to be self evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable rights that among these are Life, Liberty and the Pursuit of Happiness. That to secure the Rights, Government are instituted among Men deriving their Just Power from Consent of the governed,............

The search for Peace and Justice also means respect for human dignity. All the signatories of UN Charter, of which the United States of America, China and North Korea is a component pledged themselves to observe and to respect basic human rights.

13

### Due Process Clause

Liberty under the Due process Clause includes protection against unlawful or arbitrary personal restraint or detention. See Zadvydas v. Davis 121 S. Ct. 249; 150L.Ed.2d 653, 2001

It is well established that alien have due process right under 5th Amendment. See Reno V. Flores 507 U.S. 292, 306, 123 L. ED, 2d 113 S. Ct. 1439 (1996); Chi Thon Ngo V. INS, 192 F.3d 390,396 (3rd Cir. 1999).

The Due Process Clause of the Fifth Amendment States that "no person......shall be deprived of life, liberty or property without due process of law" . U.S. Constitution Amendment V.

The Fifth Amendment also create a procedural due precess right to be heard at a meaningful time and a meaningful manner, before a deprivation of liberty occurs. **Mathew V Eldrigde, 424 U.S. 319 334(1976); Patel V Zemski No. 01-2398,2001 U.S. App. LEXIS 26907 (9th Cir.Jan.,2002);Zadvydas V Davis, 533 121 S.Ct 2491(2001)**

## Conclusion

The United States District Court Judge, Jack B. Weinstein said it was critical for the U.S. to obey international legal principles while it is enforcing other principles of international law, like those that bar terrorism.

"The United States," Weinstein wrote, "cannot expect to reap the benefit of internationally recognized human rights in the form of greater worldwide stability and respect for people without being willing to adhere to them itself."

Therefore, the United States, China and the North Korea, are obliged to obey international legal principles as long as they are member of the United Nation.

14

# **Relief Sought**

a. The rights accorded Mr. Sharker Aamer under the International Treaties and Fundamental rights should be afforded him without any further delay
b. The rights accorded Mr. Gao Zhisheng and his family under International Treaties and Fundamental rights should be afforded him without any further delay
c. The rights accorded Shin Dong-hyuk and his family under International Treaties and Fundamental rights should be afforded him without any further delay

Respecfully submitted,


Oluwashina Kazeem Ahmed-Al-Khalifa

Plaintiff Address :
5, Robert Onadipe Street
Gbagada Phase 1
Shomolu, Pedro
Lagos, Nigeria.

Email: oahmed005@yahoo.com

Tel: 00 234 810 380 4404


**Signed:**_____          **Dated:**

Documents Submitted with this complaints

1. News Publications                                      Pages 1-7