UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: REASSIGNMENT OF PENDING CASES        Case No.:4:95-mc-40111

## ORDER OF PENDING CASE REASSIGNMENT

With the consent of the following District Judges, it is hereby Ordered that the Clerk shall reassign all currently pending criminal cases assigned to Judge Stephan Mickle to Judge Mark Walker and the following civil cases as indicated:

**CASES REASSIGNED TO CHIEF JUDGE M. CASEY RODGERS**

| Case | Number |
|---|---|
| Krause, et al., v. Novartis Pharmaceutical Corporation | 1:06cv12 |
| Hill v. The Hoover Company, et al. | 1:06cv96 |
| Eubanks v. RJ Reynolds Tobacco, Company | 1:08cv154 |
| Lee-Bolton, et al., v. Koppers, Inc., et al. | 1:10cv253 |
| Smith v. USA | 1:11cv91 |
| McReynolds v. Dollar General Corporation | 1:12cv17 |
| Young v. MH2, Inc. | 1:12cv273 |
| United States of America v. Baxley, II, et al. | 1:13cv38 |
| Sledge v. United States of America | 1:13cv55 |
| Sailor v. USA | 4:11cv96 |
| | |
| Dailey v. Cheryl Stinson, et al. | 1:12cv36 |
| Mills v. Astrue | 1:12cv240 |
| Stone v. Colvin | 1:13cv52 |
| Thomas v. Tucker | 4:11cv164 |
| Philo v. Reams, et al. | 4:11cv394 |
| Colon v. Strawberry, et al. | 4:12cv101 |
| Howell v. Commissioner of Social Security | 4:12cv197 |
| Gensinger v. John Doe 1, et al. | 4:12cv243 |
| Rowland v. State of Florida | 4:12cv297 |
| Nimmons v. Tucker | 4:12cv349 |
| Williams v. Crews | 4:12cv450 |
| Ward v. Secretary Florida Department of Corrections | 4:12cv507 |
| Jacobs v. Abad, et al. | 5:12cv363 |
| Fielder v. Astrue | 5:12cv383 |
| Robles v. Augustine | 5:13cv6 |
| Holmes v. Secretary Florida Department of Corrections | 5:13cv49 |

Filed041713USDCFlnTAM0958  tg

**CASES REASSIGNED TO JUDGE ROBERT HINKLE**

| | |
|---|---|
| United States v. Clayton, et al., | 1:10cv123 |
| Urquhart v. USA | 1:11cv153 |
| BP Biofuels Advanced Technology, Inc., v. University of Florida Research Foundation, Inc. | 1:12cv51 |
| Locke v. The City of Gainesville, et al. | 1:12cv99 |
| Williams v. South Lubes, Inc. | 1:12cv180 |
| Baker, et al., v. Bellsouth, et al. | 1:12cv246 |
| Williams v. State of Florida, et al. | 1:13cv27 |
| Benson-Gunnison, et al., v. United States | 1:13cv51 |
| Richardson v. USA | 4:10cv520 |
| Morrison v. United States of America | 4:12cv183 |
| | |
| Chaney v. Secretary Florida Department of Corrections | 1:11cv175 |
| Cox v. Colvin | 1:12cv173 |
| Walker v. Secretary Florida Department of Corrections | 1:12cv282 |
| Wright v. Young, et al. | 4:10cv474 |
| Murray v. Tucker | 4:11cv384 |
| Sapp v. Tucker | 4:12cv137 |
| Hartsfield v. Colvin | 4:12cv220 |
| Nimmons v. Campbell, et al. | 4:12cv272 |
| Lenoir v. Tucker | 4:12cv333 |
| Harrison v. Crews | 4:12cv451 |
| Henry v. Ralph | 4:12cv531 |
| Nemeth v. Brannon, et al. | 5:12cv382 |
| Vanfleet v. Gilo | 5:13cv22 |
| Mosier v. Ellinor | 5:13cv55 |
| Joyner v. Colvin | 5:13cv81 |
| Ealy v. GEO Group | 5:13cv108 |

**CASES REASSIGNED TO JUDGE RICHARD SMOAK**

| | |
|---|---|
| Altomare, et al., v. Pittsburgh Corning Corporation and Home Depot U.S.A., Inc. | 1:05cv190 |
| Krueger v. The Northwestern Mutual Life Insurance Company | 1:10cv128 |
| Stevenson v. USA | 1:11cv162 |
| Kirkpatrick v. Florida Farm Bureau General Insurance Company | 1:12cv60 |
| United States of America v. Anghaie, et al. | 1:12cv102 |
| Fletcher v. DCI Biologicals Orlando, LLC | 1:12cv203 |
| Varnadoe v. Wireless Wizard, Inc., | 1:12cv247 |
| United States of America v. Beazer East, Inc. | 1:13cv29 |
| Mattila v. Checkers Drive In Restaurants, Inc. | 1:13cv54 |
| Faris v. USA | 4:10cv567 |
| Guerra v. USA | 4:12cv340 |

| | |
|---|---|
| Perez v. Simpson, et al. | 1:11cv180 |
| Haynes v. Keefe Warehouse of UCI | 1:12cv201 |
| Allen v. Tucker | 1:13cv6 |
| Wright v. Buss | 4:11cv4 |
| Thornton v. Hercule | 4:11cv401 |
| Fulwood v. Federal Bureau of Prisons | 4:12cv156 |
| Fuller v. Crews | 4:12cv224 |
| Mashburn v. Secretary | 4:12cv289 |
| Baker v. Massey, et al. | 4:12cv360 |
| Edney v. Tucker | 4:12cv460 |
| Oro v. Tucker | 4:12cv552 |
| Jenkins v. Sloan, et al., | 5:12cv396 |
| Villena v. Department of Corrections, et al. | 5:13cv34 |
| McDowell Bey v. Secretary Department of Corrections, et al. | 5:13cv68 |
| Hicks v. United States of America | 5:13cv83 |

## CASES REASSIGNED TO JUDGE MARK E. WALKER

| | |
|---|---|
| Downey v. Nicholson | 1:06cv179 |
| Fanette, et al., v. Steven Davis Farms, LLC, et al. | 1:10cv136 |
| Moore v. City of Gainesville, Florida, et al. | 1:11cv192 |
| Keen v. Hatch, et al. | 1:12cv69 |
| Olmeda v. USA | 1:12cv109 |
| City of Alachua, Florida v. St. Paul Fire & Marine Insurance Company | 1:12cv214 |
| ST-CYR v. Gainesville Automotive Management, LLC | 1:12cv266 |
| Market Development Corporation v. Partnership 97, Ltd., et al. | 1:13cv35 |
| Harris, et al., v. United States of America | 1:13cv61 |
| McGriff v. USA | 4:11cv377 |
| Ambert v. USA | 4:12cv535 |
| | |
| Allen v. Astrue | 1:11cv197 |
| Jean-Jacques v. Poole, et al. | 1:12cv223 |
| Lambert v. Colvin | 1:13cv37 |
| Brooks v. Crews | 4:11cv346 |
| Calderon v. Taylor | 4:11cv492 |
| Lenoir v. Sec Fla Dept of Corrections | 4:12cv158 |
| Rivers v. Tucker | 4:12cv231 |
| Beahr v. Tucker | 4:12cv298 |
| Sapp v. Crews | 4:12cv361 |
| Nobles v. State of Florida | 4:12cv466 |
| Bruno v. Jones | 4:12cv624 |
| Hopkins v. Secretary Department of Corrections | 5:12cv401 |
| Dunbar v. Lauigan, et al. | 5:13cv45 |
| Mack v. Overstreet | 5:13cv69 |
| Payne v. McKeithen, et al. | 5:13cv91 |

**CASES REASSIGNED TO JUDGE WILLIAM STAFFORD**

| | |
|---|---|
| Aycox v. City of Gainesville | 1:10cv51 |
| Stuckey v. USA | 1:10cv251 |
| Gomes v. USA | 1:11cv284 |
| Owens v. USA | 1:12cv72 |
| Duck v. Rolar, Inc. | 1:12cv140 |
| Mesones v. Diocese of St. Augustine, et al. | 1:12cv220 |
| Crown, et al., v. Gorilla, Inc. | 1:12cv271 |
| Lobianco v. John F. Hayter Attorney at Law, PA, et al. | 1:13cv41 |
| Williams v. USA | 1:13cv68 |
| Collier v. USA | 4:11cv429 |
| Barrington v. USA | 4:12cv656 |
| | |
| Isaac v. Buss | 1:11cv206 |
| Johnston v. Colvin | 1:12cv227 |
| Barber v. United States of America | 1:13cv62 |
| John v. Tucker | 4:11cv359 |
| Harvey v. Hercule | 4:11cv637 |
| Aikens v. Tucker | 4:12cv192 |
| Branch v. Crews | 4:12cv248 |
| Webb v. Warden | 4:12cv308 |
| Matthews v. Crews | 4:12cv373 |
| Allen v. Florida Department of Correction | 4:12cv489 |
| Morris v. Florida Attorney General, et al., | 5:12cv365 |
| Boobyyaa v. Tucker, et al. | 5:12cv403 |
| Mixon v. Crews | 5:13cv48 |
| Dunson v. Kagan | 5:13cv72 |
| Vanname v. Colvin | 5:13cv93 |

**CASES REASSIGNED TO JUDGE ROGER VINSON**

| | |
|---|---|
| Marshall v. USA | 1:10cv54 |
| Celorio v. Google, Inc., et al. | 1:11cv79 |
| Erickson v. USA | 1:12cv8 |
| Francisco v. Aaron's Sales & Lease Ownership, Inc. | 1:12cv77 |
| Morgan v. Alachua County Florida, et al. | 1:12cv161 |
| Arthur v. State of Florida, et al. | 1:12cv233 |
| Smith v. City of Gainesville, et al. | 1:13cv 21 |
| Ahmed-Al-Khalif v. Al-Assad, et al. | 1:13cv48 |
| Melchor v. USA | 4:10cv231 |
| Rowls v. USA | 4:12cv114 |
| | |
| Nieves v. Tucker | 1:11cv235 |
| Smith v. Secretary Dept of Corrections | 1:12cv260 |
| Hall v. Crews | 1:13cv66 |
| Bailey v. Buss | 4:11cv362 |

| | |
|---|---|
| Smith v. Tucker | 4:12cv17 |
| Knox v. Tucker | 4:12cv204 |
| Sullivan v. Tucker | 4:12cv250 |
| Rodak v. Tucker | 4:12cv393 |
| Strange v. Secretary Department of Corrections | 4:12cv505 |
| Greenlee v. Washington County Jail, et al. | 5:12cv373 |
| Spring v. Secretary Department of Corrections, et al. | 5:13cv1 |
| Patterson v. Crews | 5:13cv51 |
| United States of America v. 2010 Dodge Charger, SXT VIN NO 2B3CA3CV5AH16501 | 5:13cv74 |
| Marrell v. Colvin | 5:13cv102 |

**CASES REASSIGNED TO JUDGE LACEY COLLIER**

| | |
|---|---|
| Sejour, et al., v. Davis, et al. | 1:10cv96 |
| Reaves v. USA | 1:11cv82 |
| Patterson v. Department of Corrections State of Florida | 1:12cv29 |
| Peacock v. USA | 1:12cv83 |
| Neville v. County Court of Alachua County, et al. | 1:12cv166 |
| Baycorp Holdings, Ltd., et al., v, City of Gainesville, Florida, et al. | 1:13 cv 24 |
| Ahmed Al-Khalif v. Obama, et al. | 1:13cv49 |
| Colson v. USA | 4:10cv458 |
| McCray v. USA | 4:12cv132 |
| Garrison v. Secretary Department of Corrections | 1:12cv145 |
| United States of America v. Johnston | 1:12cv278 |
| Wright v. Buss | 4:10cv262 |
| Charriez v. Buss | 4:11cv379 |
| Thomas v. Tucker | 4:12cv84 |
| Allen v. Crews | 4:12cv205 |
| Dimanche v. Johnson, et al. | 4:12cv267 |
| Knight v. Crews | 4:12cv328 |
| Pelkey v. State of Florida | 4:12cv397 |
| Creamer v. Florida Department of Corrections | 4:12cv524 |
| Le v. Augustine | 5:12cv377 |
| Owen v. Augustine | 5:13cv3 |
| Holman v. Dean, et al. | 5:13cv52 |
| Hughes v. Colvin | 5:13cv80 |
| Peters v. English | 5:13cv104 |

DONE AND ORDERED this 16th day of April, 2013, at Pensacola, Florida.

_____
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE