UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:  REASSIGNMENT OF PENDING          Case No:4:95-mc-40111
        CIVIL CASES

_____/

### ORDER OF CASE REASSIGNMENT

The Clerk of Court is hereby directed to randomly reassign the following civil cases:

| | |
|---|---|
| 1:13cv73 | BUCK v. COLVIN |
| 1:13cv77 | DRUMMOND COMMUNITY BANK v. BP EXPLORATION AND PRODUCTION INC., et al. |
| 1:13cv78 | PERKINS STATE BANK v. BP EXPLORATION AND PRODUCTION, INC., et al. |
| 5:13cv110 | SHARP v. ENGLISH |
| 5:13cv112 | MANNING v. AUGUSTINE |
| 5:13cv113 | NERI-VEGA v. UNITED STATES OF AMERICA |
| 5:13cv120 | REED v. CREWS |
| 5:13cv160 | TODD v. ENGLISH |
| 1:10cv96 | SEJOUR, et al v. DAVIS, et al. |
| 1:11cv82 | REAVES v. USA |
| 1:12cv29 | PATTERSON v. DEPARTMENT OF CORRECTIONS STATE OF FLORIDA |
| 1:12cv83 | PEACOCK v. USA |

| | |
|---|---|
| 1:12cv166 | NEVILLE v. COUNTY COURT OF ALACHUA COUNTY, et al. |
| 1:13cv24 | BAYCORP HOLDINGS LTD, et al v. CITY OF GAINESVILLE, FL, et al. |
| 1:13cv49 | AHMED-AL-KHALIFA v. OBAMA, et al. |
| 4:10cv458 | COLSON v. USA |
| 4:12cv132 | MCCRAY v. USA |

**DONE and ORDERED** this 30th day of April 2013, at Pensacola, Florida.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**