**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**OLUWASHINA KAZEEN
AHMED-AL-KHALIFA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 1:13-cv-49-MW/GRJ**

**BARACK HUSSEIN OBAMA,
et al.,**

    **Defendants.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 8, filed July 1, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice** for lack of subject matter jurisdiction and lack of standing; Plaintiff's motion to proceed as a pauper, ECF No. 2, is **DENIED**;

1

Plaintiff's motion for appointment of counsel, ECF No. 3, is **DENIED**; and Plaintiff's motion to receive updates by mail, ECF No. 6, is **GRANTED**.

The Clerk shall close the file.

**SO ORDERED on July 18, 2013.**

<u>s/Mark E. Walker</u>
**United States District Judge**