UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OLUWASHINA KAZEEN AHMED-AL-KHALIFA,

VS                                                                      CASE NO.  1:13-cv-49-MW/GRJ

BARACK HUSSEIN OBAMA,

## JUDGMENT

Plaintiff's Complaint, ECF No. 1, is DISMISSED with prejudice for lack of subject matter jurisdiction and lack of standing; Plaintiff's motion to proceed as a pauper, ECF No. 2, is DENIED; Plaintiff's motion for appointment of counsel, ECF No. 3, is DENIED; and Plaintiff's motion to receive updates by mail, ECF No. 6, is GRANTED.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 19, 2013                                       s/ David L. Thomas
DATE                                                  Deputy Clerk: David Thomas